JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELEY RABOT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No.  CV 20-10562-GW-JCx <br><br> **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1 | Pursuant to the stipulation by and between Plaintiffs Donneley Rabot, Danelle Rabot, Daphne Rabot, and Desiree Rabot and Defendants County of Los Angeles, Antonio Canul, William Michel, Arthur Ruiz, Glenda Phillips-Smith, and Aldin Tatley, through their respective attorneys of record,

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: August 9, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE